Law Office of Adam Pennella
Adam Pennella, State Bar No. 246260
717 Washington Street
Oakland, CA 94607
Phone (510) 444-4419
Fax (510) 417-4149

Counsel for Defendant
ROMAN TREJO

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROMAN TREJO,<br><br>　　　　Defendant | Case No.: CR 11-151 CW<br><br>STIPULATION AND ORDER ALLOWING DEFENDANT TO TRAVEL |

 GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant ROMAN TREJO may travel outside the Northern District of California to Portland, Oregon leaving this District no earlier than March 22, 2012 and returning no later than March 27, 2012. During this travel, be may travel through the Eastern District of California.

 United States Pretrial Services Officer Gelareh Farahmond has advised Mr. Trejo's counsel that she does not object to the travel proposed by this stipulation.

It is further ORDERED that Mr. Trejo shall communicate with Pretrial Services before, during (as directed by Pretrial Services) and immediately after the proposed travel. Mr. Trejo is further ordered to provide Pretrial Services with a way to contact him during this travel.

All other terms of Mr. Trejo's pretrial release shall remain in effect.

SO STIPULATED:

Dated: March 7, 2012 _____/s/_____
Adam Pennella
Counsel for Roman Trejo

Dated: March 7, 2012 MELINDA HAAG
UNITED STATES ATTORNEY

_____/s/_____
Karen Beausey
Assistant United States Attorney

SO ORDERED:

Dated: March 13, 2012
_____
Honorable Donna M. Ryu
United States Magistrate Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Donna M. Ryu]