1  STEVEN G. KALAR
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507
5  Email: ellen_leonida@fd.org

6  Counsel for Defendant
   JOSE RAMIREZ

7

8                IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          OAKLAND DIVISION
10

11 | UNITED STATES OF AMERICA, | CR 11-00151 CW |
|---|---|
12 | Plaintiff, | STIPULATION AND ORDER MODIFYING CONDITIONS OF |
13 | v. | PRETRIAL RELEASE |
14 | JOSE RAMIREZ, | |
15 | Defendant. | |

16      IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions

17 of pretrial release for Jose Ramirez may be modified to allow him to travel to Reno.  Mr. Ramirez

18 will leave on June 7, 2013 and return on June 9, 2013.  While he is away, he will stay at the Silver

19 Legacy Hotel, 407 North Virginia St., Reno, Nevada.  Pretrial Services Officer LaDreena Walton

20 is aware of the proposed modification and has no objection.   All other conditions of release shall

21 remain the same.

22 DATED: May 28, 2013                        _____/s/_____
                                              ELLEN V. LEONIDA
23                                            Assistant Federal Public Defender

24 DATED: May 28, 2013                        _____/s/_____
                                              BARBARA SILANO
25                                            Assistant United States Attorney

26

CR 11-00151 CW
Stipulation and Order Modifying Pretrial Release
Conditions                                      1

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Jose Ramirez may be modified to allow him to travel to Reno between June 7, 2013 and June 9, 2013. All other conditions of release shall remain the same.

IT IS SO ORDERED.

DATED: 5/28/2013

_____
DONNA M. RYU
United States Magistrate Judge